# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

       No. 22-51124    Clarke v. CFTR
                       USDC No. 1:22-CV-909

Enclosed is an order entered in this case.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Donna L. Mendez, Deputy Clerk
                                504-310-7677

Mr. Philip Devlin
Mr. Kyle Druding
Mr. Michael J. Edney
Ms. Anne Whitford Stukes


P.S.  An expedited briefing scheduled will be issued under separate cover.