# United States Court of Appeals for the Fifth Circuit

No. 22-51124

Kevin Clarke; Trevor Boeckmann; Harry Crane; Corwin Smidt; Aristotle International, Incorporated; Predict It, Incorporated; Michael Beeler; Mark Borghi; Richard Hanania; James D. Miller; Josiah Neeley; Grant Schneider; Wes Shepherd,

*Plaintiffs—Appellants*,

*versus*

Commodity Futures Trading Commission,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-909

UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges*.

Per Curiam:

Appellee's motion to dismiss for lack of jurisdiction is DENIED. *Carson v. Am. Brands, Inc.*, 450 U.S. 79, 84–85 (1981).

Appellants' opposed motion for an injunction pending appeal is carried with the case. Appellants' request in the alternative for mandamus

relief is also carried with the case. This appeal shall be expedited forthwith to the next available merits panel.